# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| SHANELL CORLEY, as mother and guardian of L.R., a minor, | )<br>)<br>)<br>) |
| Plaintiff, | ) No. 1:17-cv-7835 |
| v. | )<br>)<br>) |
| UNITED STATES OF AMERICA, | )<br>) |
| Defendant. | ) |

## COMPLAINT

NOW COMES the Plaintiff, SHANELL CORLEY, as mother and guardian of L.R., a minor (hereinafter "Plaintiff"), by and through her attorneys, Gainsberg Law, P.C., complaining of the Defendant, UNITED STATES of AMERICA (hereinafter "Defendant") and states as follows:

## NATURE OF ACTION

1. On July 5, 2016, L.R., a minor, sustained personal injuries when a United States Postal Service (USPS) postal truck, driven by USPS employee, SONYA HARRIS, collided with him in the City of Chicago, County of Cook and within the Northern District of Illinois, while SONYA HARRIS was acting within the scope of her employment as a USPS postal worker.

## JURISDICTION AND VENUE

2. The USPS is a federal agency pursuant to 28 U.S.C. § 2671 and, under the Postal Reorganization Act, the Federal Tort Claims Act, "shall apply to tort claims arising out of activities of the Postal Service." 39 U.S.C. §409(c).

3. The Court has jurisdiction regarding tort claims against USPS employees under the Federal Tort Claims Act, 28 U.S.C. §1346(b)(1).

4. That the Plaintiff, SHANELL CORLEY, submitted a claim on behalf of L.R., a minor, to the USPS on or about April 4, 2017.

5. That the USPS has failed to make a final disposition of this claim within six months, permitting suit to be filed without final action on the claim pursuant to 28 U.S.C. § 2675.

6. The alleged tortuous conduct of the USPS employee described herein occurred in the State of Illinois, County of Cook. Therefore, venue in the Northern District of Illinois is proper pursuant to 28 U.S.C. § 1402(b).

## GENERAL ALLEGATIONS UNDER FEDERAL TORT CLAIMS ACT

7. That on or about July 5, 2016, L.R., a minor, was legally and lawfully walking in the alleyway near 1615 E. 83rd Place, Chicago, IL 60617.

8. That on or about July 5, 2016, SONYA HARRIS was an employee of the USPS and was acting within the scope of her employment as a postal worker, which included the operation of a postal truck or vehicle.

9. That on or about July 5, 2016, SONYA HARRIS was performing her USPS duties and was operating a USPS postal truck driving through the alley at 1615 E. 83rd Place.

10. That at the aforesaid time and place, a collision occurred between L.R., a minor, and the motor vehicle that the USPS employee, SONYA HARRIS, was operating.

11. That at all times material hereto, it was the duty of SONYA HARRIS, as an employee of the Defendant USPS, to exercise ordinary care for the safety of the person and property of others there and then upon said roadway and especially minor L.R., herein.

12. That in violation of this duty, SONYA HARRIS, as an employee of the Defendant USPS, acted or failed to act in one or more of the following ways, amounting to negligent conduct and violating the Motor Vehicle Laws and Ordinances of the State of Illinois and City of Chicago:

   a. Operated said motor vehicle without keeping a proper and sufficient lookout for pedestrians in and about the area, and more particularly, for L.R.;

   b. Proceeded at a speed which was greater than reasonable and proper with regard to traffic conditions in the use of the alley, or which endangered the safety of Plaintiff, in violation of the provisions of 625 ILCS 5/11-601;

   c. Failed to decrease the speed of said motor vehicle so as to avoid colliding with pedestrian L.R., contrary to and in violation of the provisions of 625 ILCS 5/11-601;

   d. Failed to equip said motor vehicle with proper brakes, contrary to and in violation of the provisions of 625 ILCS 5/12-301;

   e. Failed to give audible warning with said motor vehicle's horn of the approach of said motor vehicle, although such warning was necessary to insure the safe operation of said vehicle, contrary to and in violation of the provisions of 625 ILCS 5/12-601;

   f. Failed to keep said motor vehicle under proper control and failed to stop, slow down, or otherwise alter the speed, movement or direction of said vehicle when danger of collision with pedestrian L.R. was imminent;

   g. Improperly used an alleyway as a thoroughfare, in violation of the Municipal Code of Chicago, 9-20-010(c);

    h. Otherwise acted in a careless or negligent manner.

  13. That as a direct and proximate result of the aforesaid careless and negligent acts and/or omissions of USPS Employee SONYA HARRIS, minor L.R. was caused to sustain personal injuries and to be absent from his usual pursuits for a period of time, for which damages SHANELL CORLEY, as mother and guardian of L.R., seeks to be made whole.

  WHEREFORE, Plaintiff, SHANELL CORLEY, as mother and guardian of L.R., prays for judgment against Defendant, UNITED STATES OF AMERICA, under the Federal Tort Claims Act in the amount of $200,000.00, plus court costs, and for whatever other relief this Court deems just and appropriate.

                Respectfully submitted,

                GAINSBERG LAW, P.C.

           By: /s/ Nicholas J. Kreitman

                Nicholas J. Kreitman
                Attorney for Plaintiff

Nicholas J. Kreitman
Attorney ID # 6313283
Neal S. Gainsberg
Attorney ID # 6237117
Gainsberg Law, P.C.
22 W Washington St.
15th Floor
Chicago, IL 60602
(312) 600-9585
nick@gainsberglaw.com
neal@gainsberglaw.com