Exhibit A

IRREVOCABLE TRUST FOR SETTLEMENT PROCEEDS ON AND BEHALF OF L.R., A Minor, FROM CORLEY V. USA, 17 C 7835

I, Shanell Corley, of Chicago, IL hereby make this declaration of trust, which shall be known, as the L.R. Trust. By acceptance of this instrument, the Trustee hereinafter named agrees to administer the trust created by this instrument according to its terms.

ARTICLE 1-PURPOSE

Shanell Corley, as mother and guardian of her minor son, L.R. has settled her son's claim pursuant to the Federal Tort Claims Act for $70,000.00. After payment of attorney's fees and costs, plus two outstanding medical liens, the net amount of settlement funds for the use and benefit of the minor is $50,773.89.

ARTICLE 2-APOINTMENT OF TRUSTEE

I appoint myself as trustee of this trust and to perform any act arising under this instrument. The trustee shall not be required, in the absence of an overriding statute or order, to make any reporting or accounting to any court, or to furnish bond or security therein.

ARTICLE 3- TRUSTEE POWERS

The trustee shall use the net settlement proceeds for the benefit of the minor and shall use the proceeds to provide the minor with proper housing, schooling, and other health and welfare needs. The trustee shall further determine in a fair and equitable manner how the settlement funds shall be used for the benefit of the minor. In making distributions from the trust created under this instrument, the Trustee shall consider the needs of the minor and whether the payment, in her discretion, is for the welfare and benefit of the minor.

ARTICLE 4-REVOCATION AND AMENDMENT

This instrument may not be revoked or amended at any time.

_____
Shannell Corley

Witnessed:

_____

Accepted by Trustee:

_____
Shannell Corley

Date of Acceptance:   July 9, 2019

State of Illinois     )
                      )  ss.
County of Cook        )

On July 9, 2019 Shanell Corley personally appeared before me and acknowledged that this instrument was excuted as her free act and deed.

_____
Notary Public

OFFICIAL SEAL
DOMINICK J QUERCIA
NOTARY PUBLIC, STATE OF ILLINOIS
My Commission Expires November 25, 2022