## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.1
### Eastern Division

Shanell Corley

                         Plaintiff,

v.                                              Case No.: 1:17–cv–07835
                                                    Honorable Susan E. Cox

United States of America

                         Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, July 24, 2019:

        MINUTE entry before the Honorable Susan E. Cox: Motion hearing held. Plaintiff's motion to approve settlement and distribution of settlement funds [41] is granted. Plaintiff's attorney indicated that he has already received funds from the defendant, and will distribute them as provided in his motion. As such, this case is hereby dismissed with prejudice. Civil case terminated. Mailed notice (mw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.